**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DOCKETING STATEMENT--CIVIL/AGENCY CASES**

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 23-2194; GenBioPro, Inc. v. Kristina Raynes et al. |
| **Originating No. & Caption** | 23-cv-00058; GenBioPro, Inc. v. Kristina Raynes et al. |
| **Originating Court/Agency** | Southern District of West Virginia (Huntington) |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | 11/06/2023 | |
| Date notice of appeal or petition for review filed | 11/09/2023 | |
| If cross appeal, date first appeal filed | N/A | |
| Date of filing any post-judgment motion | N/A | |
| Date order entered disposing of any post-judgment motion | N/A | |
| Date of filing any motion to extend appeal period | N/A | |
| Time for filing appeal extended to | N/A | |
| Is appeal from final judgment or order? | ◉ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ● Yes | ○ No |
| Has transcript been filed in district court? | ● Yes | ○ No |
| Is transcript order attached? | ○ Yes | ● No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ● Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Appellant GenBioPro, Inc., manufactures generic mifepristone, a medication used in a federally approved regimen to terminate pregnancy through 70 days' gestation. Appellees are the West Virginia Attorney General and the Putman County Prosecuting Attorney, both of whom enforce West Virginia's abortion laws. This appeal arises from the district court's grant of Appellees' motions to dismiss Appellant GenBioPro's claims challenging (1) West Virginia's Unborn Child Protection Act, W. Va. Code § 16-2R-1 et seq., and associated penalties, id. § 61-2-8, which together ban and criminalize abortion in almost all cases, at any stage of pregnancy, and (2) West Virginia's pre-abortion waiting period and counseling requirements. Id. § 16-2I-2. |
| |
| As relevant to this appeal, Appellant challenged these laws as federally preempted under the Supremacy Clause. Appellant sought declaratory and injunctive relief, as well as costs, attorneys' fees, and such other relief as the court deemed proper. On August 24, 2023, the district court (Chambers, J.) granted Appellees' motions to dismiss Appellant's challenges to West Virginia's Unborn Child Protection Act and waiting period and counseling requirements. Appellant appeals from the district court's grant of Appellees' motions to dismiss. |

**Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary)

(1) Whether the district court erred in granting Appellees' motions to dismiss Appellant GenBioPro, Inc.'s federal preemption challenge to West Virginia's abortion ban, W. Va. Code §§ 16-2R-1 et seq., 61-2-8, and waiting period and counseling requirements, id. § 16-2I-2, which restrict access to mifepristone, a drug the U.S. Food and Drug Administration subjects to comprehensive postmarketing regulation under the Food and Drug Administration Amendments Act, codified at 21 U.S.C. § 355-1.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: Kristina Raynes | Adverse Party: Patrick Morrisey |
| Attorney: Jennifer Scragg Karr | Attorney: Douglas P. Buffington, II |
| Address: Putnam County Judicial Building<br>12093 Winfield Road<br>Winfield, WV 25213 | Address: West Virginia Office of Attorney General<br>Building 1, Room E-26<br>1900 Kanawha Boulevard East<br>Charleston, WV 25305 |
| E-mail: jkarr@putnamwv.org | E-mail: doug.p.buffington@wvago.gov |
| Phone: 304-586-0205 | Phone: 304-558-2021 |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party: Patrick Morrisey | Adverse Party: Patrick Morrisey |
| Attorney: Curtis R. A. Capehart | Attorney: Erin Morrow Hawley |
| Address: West Virginia Office of Attorney General<br>Building 1, Room E-26<br>1900 Kanawha Boulevard East<br>Charleston, WV 25305 | Address: Alliance Defending Freedom<br>440 First Street, N.W., Suite 600<br>Washington, D.C. 20001 |
| E-mail: curtis.r.a.capehart@wvago.gov | E-mail: ehawley@adflegal.org |
| Phone: 304-558-2021 | Phone: 571-707-4655 |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: GenBioPro, Inc.<br><br>Attorney: David C. Frederick<br>Address: Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br><br>E-mail: dfrederick@kellogghansen.com<br><br>Phone: 202-326-7900 | Name: GenBioPro, Inc.<br><br>Attorney: Ariela M. Migdal<br>Address: Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br><br>E-mail: amigdal@kellogghansen.com<br><br>Phone: 202-326-7900 |
| **Appellant (continued)** | |
| Name: GenBioPro, Inc.<br><br>Attorney: Derek R. Reinbold<br>Address: Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br><br>E-mail: dreinbold@kellogghansen.com<br><br>Phone: 202-326-7900 | Name: GenBioPro, Inc.<br><br>Attorney: Eliana M. Pfeffer<br>Address: Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br><br>E-mail: epfeffer@kellogghansen.com<br><br>Phone: 202-326-7900 |

**Signature:** /s/ David C. Frederick          **Date:** November 28, 2023

**Counsel for:** Appellant GenBioPro, Inc.

**Certificate of Service** (*required for parties served outside CM/ECF*): I certify that this document was served on 11/28/2023 by ☐ personal delivery; ☑ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| Douglas Buffington, II<br>Curtis R. Capehart<br>West Virginia Office of the Attorney General<br>State Capitol Complex<br>Building 1, Room E-26<br>1900 Kanawha Boulevard East<br>Charleston, WV 25305 | Jennifer Scragg Karr<br>Putnam County Judicial Building<br>12093 Winfield Road<br>Winfield, WV 25213<br><br>Erin Morrow Hawley<br>Lincoln Davis Wilson<br>Alliance Defending Freedom<br>440 First Street, N.W., Suite 600<br>Washington, D.C. 20001 |
| Signature: /s/ David C. Frederick | Date: November 28, 2023 |

| **Appellant (continued)** | |
|---|---|
| Appellant:  GenBioPro, Inc.<br><br>Attorney:  Mary Charlotte Y. Carroll<br>Address:  Kellogg, Hansen, Todd, Figel<br>        & Frederick P.L.L.C.<br>        1615 M Street, N.W.<br>        Suite 400<br>        Washington, D.C. 20036<br><br>E-mail:  mcarroll@kellogghansen.com<br><br>Phone:  202-326-7900 | Appellant:  GenBioPro, Inc.<br><br>Attorney:  Abigail E. DeHart<br>Address:  Kellogg, Hansen, Todd,<br>        Figel & Frederick P.L.L.C.<br>        1615 M Street, N.W.<br>        Suite 400<br>        Washington, D.C. 20036<br><br>E-mail:  adehart@kellogghansen.com<br><br>Phone:  202-326-7900 |
| Appellant:  GenBioPro, Inc.<br><br>Attorney:  John P. Elwood<br>Address:  Arnold & Porter Kaye<br>        Scholer LLP<br>        601 Massachusetts Avenue,<br>        N.W.<br>        Washington, D.C. 20001<br><br>E-mail:  john.elwood@arnoldporter.com<br><br>Phone:  202-942-5000 | Appellant:  GenBioPro, Inc.<br><br>Attorney:  Daphne O'Connor<br>Address:  Arnold & Porter Kaye<br>        Scholer LLP<br>        601 Massachusetts Avenue,<br>        N.W.<br>        Washington, D.C. 20001<br><br>E-mail:<br>daphne.oconnor@arnoldporter.com<br><br>Phone:  202-942-5000 |

| | |
|---|---|
| Appellant:  GenBioPro, Inc.<br><br>Attorney:  Robert J. Katerberg<br>Address:  Arnold & Porter Kaye<br>          Scholer LLP<br>          601 Massachusetts Avenue,<br>N.W.<br>          Washington, D.C. 20001<br><br>E-mail:<br>robert.katerberg@arnoldporter.com<br><br>Phone:  202-942-5000 | Appellant:  GenBioPro, Inc.<br><br>Attorney:  Skye L. Perryman<br>Address:  Democracy Forward<br>          Foundation<br>          P.O. Box 34553<br>          Washington, D.C. 20036<br><br>E-mail:<br>sperryman@democracyforward.org<br><br>Phone:  202-448-9090 |
| Appellant:  GenBioPro, Inc.<br><br>Attorney:  Carrie Flaxman<br>Address:  Democracy Forward<br>          Foundation<br>          P.O. Box 34553<br>          Washington, D.C. 20036<br><br>E-mail:<br>cflaxman@democracyforward.org<br><br>Phone:  202-448-9090 | |

| Adverse Parties (continued) | |
|---|---|
| Adverse Party:  Patrick Morrisey<br><br>Attorney:  Lincoln Davis Wilson<br>Address: Alliance Defending Freedom<br>        440 First Street NW, Suite 600<br>        Washington, D.C. 20001<br><br>E-mail:  lwilson@adflegal.org<br><br>Phone:  208-334-2400 | |