No. 23-2194

# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

GENBIOPRO, INC.,
            *Plaintiff-Appellant*,

v.

KRISTINA RAYNES, *in her official capacity as Prosecuting Attorney of Putnam County*, AND PATRICK MORRISEY, *in his official capacity as Attorney General of West Virginia*,
            *Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of West Virginia (Huntington),
No. 3:23-cv-00058, Hon. Robert C. Chambers

## PARTIES' JOINT MOTION TO EXTEND BRIEFING SCHEDULE

         David C. Frederick
         Ariela M. Migdal
         Eliana M. Pfeffer
         Mary Charlotte Y. Carroll
         Derek C. Reinbold
         Abigail E. DeHart
         KELLOGG, HANSEN, TODD,
          FIGEL & FREDERICK, P.L.L.C.
         1615 M Street, N.W., Suite 400
         Washington, D.C. 20036
         (202) 326-7900
         dfrederick@kellogghansen.com
         amigdal@kellogghansen.com
         epfeffer@kellogghansen.com
         mcarroll@kellogghansen.com
         dreinbold@kellogghansen.com
         adehart@kellogghansen.com

December 8, 2023      *Counsel for GenBioPro, Inc.*

The parties jointly move the Court to extend the briefing schedule in this matter. Good cause exists for the requested extensions in light of the upcoming holidays and counsel's other professional and personal commitments.

## ARGUMENT

The Court issued a briefing order in this case on November 28, 2023. Dkt. No. 16. Under the Court's briefing order:

- Appellant GenBioPro, Inc.'s opening brief and the joint appendix are due on January 8, 2024;
- Appellees' response brief is due February 6, 2024; and
- Appellant's reply brief is due February 27, 2024.

The "court may extend the time prescribed" "[f]or good cause." Fed. R. App. P. 26(b). Good cause exists to extend the deadline for Appellant to file its opening brief and joint appendix for 30 days up to and including February 7, 2024; to extend the deadline for Appellees to file their response brief for 30 additional days up to and including April 8, 2024; and to extend the deadline for Appellant to file its reply brief for 21 additional days to up to and including May 20, 2024. In support of this Motion, counsel states as follows:

1

**1.** The parties have not previously sought to extend the deadlines.

**2.** Good cause exists for the 30-day extension for Appellant's opening brief and joint appendix because of undersigned lead counsel's other, previously engaged matters between now and the current deadline. Lead counsel's obligations include preparing for a Supreme Court oral argument on January 16, 2024 in *Macquarie Infrastructure Corp., et al. v. Moab Partners, L.P., et al.*, No. 22-1165, and for oral argument in the Fourth Circuit in the matter *City of Huntington, et al. v. AmerisourceBergen Drug Corp., et al.*, Nos. 22-1819(L) & 22-1822.

**3.** Good cause exists for the further reason that the upcoming holiday season occupies much of the time currently allotted to Appellant to prepare its opening brief and joint appendix.

**4.** Appellees seek a parallel 30-day extension for Appellees' response brief for similar reasons. Other existing litigation matters will occupy significant time during Appellees' response window after Appellant's requested extension. That response period also coincides with the last month of West Virginia's 2024 legislative session, which is a perennially demanding time for the Attorney General's Office.

2

**5.** If the Court grants the extensions for Appellant's opening brief and joint appendix and Appellees' response brief, Appellant further requests an additional 21-day extension for its reply brief, which would otherwise be due during the Passover holiday observed by two of the drafting counsel.

In light of these circumstances, good cause exists for a 30-day extension of the deadline for Appellant to file its opening brief and joint appendix, for a 30-day extension for Appellees to file their response brief, and a 21-day extension for Appellant to file its reply brief.

## CONCLUSION

For these reasons, the parties respectfully request an extension of the briefing schedule as follows:

**Opening Brief and Joint Appendix:** 02/07/2024

**Response Brief:** 04/08/2024

**Reply Brief:** 05/20/2024

December 8, 2023

Respectfully submitted,

/s/ *David C. Frederick*
David C. Frederick
Ariela M. Migdal
Eliana M. Pfeffer
Mary Charlotte Y. Carroll
Derek C. Reinbold
Abigail E. DeHart
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dfrederick@kellogghansen.com
amigdal@kellogghansen.com
epfeffer@kellogghansen.com
mcarroll@kellogghansen.com
dreinbold@kellogghansen.com
adehart@kellogghansen.com

*Counsel for GenBioPro, Inc.*

PATRICK MORRISEY
  *West Virginia Attorney General*

/s/ Douglas P. Buffington *(by permission)*
Douglas P. Buffington, II  (WV Bar # 8157)
  *Chief Deputy Attorney General*
Curtis R. A. Capehart (WV Bar # 9876)
  *Deputy Attorney General*
OFFICE OF THE ATTORNEY GENERAL
State Capitol Complex
1900 Kanawha Boulevard E.
Building 1, Room E-26
Charleston, WV 25305-0220
Tel.:  (304) 558-2021
Fax:  (304) 558-0140

4

curtis.r.a.capehart@wvago.gov
*Counsel for Defendant Patrick Morrisey,*
*in his official capacity as Attorney*
*General of the State of West Virginia*

KRISTINA RAYNES
  *Putnam County Prosecuting Attorney*

*/s/ Jennifer Scragg Karr (by permission)*
Jennifer Scragg Karr (WV Bar # 8051)
  *Assistant Prosecuting Attorney*
OFFICE OF THE PROSECUTING ATTORNEY
Putnam County Judicial Building
12093 Winfield Rd.
Winfield, WV 25213
Tel.: (304) 586-0205
Fax: (304) 586-0269
jkarr@putnamwv.org

*Counsel for Defendant Kristina Raynes,*
*in her official capacity as Prosecuting*
*Attorney for Putnam County*

## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

No. 23-2194     Caption: GenBioPro, Inc. v. Raynes et al.

### CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT
Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

**Type-Volume Limit for Briefs if Produced Using a Computer:** Appellant's Opening Brief, Appellee's Response Brief, and Appellant's Response/Reply Brief may not exceed 13,000 words or 1,300 lines. Appellee's Opening/Response Brief may not exceed 15,300 words or 1,500 lines. A Reply or Amicus Brief may not exceed 6,500 words or 650 lines. Amicus Brief in support of an Opening/Response Brief may not exceed 7,650 words. Amicus Brief filed during consideration of petition for rehearing may not exceed 2,600 words. Counsel may rely on the word or line count of the word processing program used to prepare the document. The word-processing program must be set to include headings, footnotes, and quotes in the count. Line count is used only with monospaced type. See Fed. R. App. P. 28.1(e), 29(a)(5), 32(a)(7)(B) & 32(f).

**Type-Volume Limit for Other Documents if Produced Using a Computer:** Petition for permission to appeal and a motion or response thereto may not exceed 5,200 words. Reply to a motion may not exceed 2,600 words. Petition for writ of mandamus or prohibition or other extraordinary writ may not exceed 7,800 words. Petition for rehearing or rehearing en banc may not exceed 3,900 words. Fed. R. App. P. 5(c)(1), 21(d), 27(d)(2), 35(b)(2) & 40(b)(1).

**Typeface and Type Style Requirements:** A proportionally spaced typeface (such as Times New Roman) must include serifs and must be 14-point or larger. A monospaced typeface (such as Courier New) must be 12-point or larger (at least 10½ characters per inch). Fed. R. App. P. 32(a)(5), 32(a)(6).

This brief or other document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

[✓] this brief or other document contains __487__ [*state number of*] words

[ ] this brief uses monospaced type and contains _____ [*state number of*] lines

This brief or other document complies with the typeface and type style requirements because:

[✓] this brief or other document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 [*identify word processing program*] in 14 point Century Schoolbook [*identify font size and type style*]; **or**

[ ] this brief or other document has been prepared in a monospaced typeface using _____ [*identify word processing program*] in _____ [*identify font size and type style*].

(s) David C. Frederick

Party Name GenBioPro, Inc.

Dated: Dec. 8, 2023

## CERTIFICATE OF SERVICE

I hereby certify that, on December 8, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ David C. Frederick*
David C. Frederick
