FILED: December 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2194
(3:23-cv-00058)

_____

GENBIOPRO, INC.

        Plaintiff - Appellant

v.

KRISTINA RAYNES, in her official capacity as Prosecuting Attorney of Putnam County; PATRICK MORRISEY, in his official capacity as Attorney General of West Virginia

        Defendants - Appellees

 and

MARK A. SORSAIA, in his official capacity as Prosecuting Attorney of Putnam County

        Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored.

The briefing schedule is extended as follows:

    Joint appendix due: 02/07/2024

    Opening brief due: 02/07/2024

    Response brief due: 04/08/2024

    Reply brief due: 05/20/2024

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk