FILED: February 16, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2194
(3:23-cv-00058)

_____

GENBIOPRO, INC.

       Plaintiff - Appellant

v.

KRISTINA RAYNES, in her official capacity as Prosecuting Attorney of Putnam County; PATRICK MORRISEY, in his official capacity as Attorney General of West Virginia

       Defendants - Appellees

and

MARK A. SORSAIA, in his official capacity as Prosecuting Attorney of Putnam County

       Defendant

------------------------------

DOCTORS FOR AMERICA; ECONOMISTS; AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS; SOCIETY FOR MATERNAL-FETAL MEDICINE; SOCIETY OF FAMILY PLANNING; FOOD AND DRUG LAW AND HEALTH LAW SCHOLARS; CITY OF BALTIMORE; BALTIMORE COUNTY, MARYLAND

       Amici Supporting Appellant

_____

O R D E R

_____

**Doctors for America, Economists, American College of Obstetricians and Gynecologists, Society of Maternal-Fetal Medicine, Society of Family Planning, Food and Drug Law and Health Law Scholars, City of Baltimore; Baltimore County, Maryland** have filed amicus curiae briefs with the consent of the parties.

The court accepts the briefs for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk