FILED: February 16, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2194
(3:23-cv-00058)

_____

GENBIOPRO, INC.

       Plaintiff - Appellant

v.

KRISTINA RAYNES, in her official capacity as Prosecuting Attorney of Putnam County; PATRICK MORRISEY, in his official capacity as Attorney General of West Virginia

       Defendants - Appellees

 and

MARK A. SORSAIA, in his official capacity as Prosecuting Attorney of Putnam County

       Defendant

------------------------------

DOCTORS FOR AMERICA; ECONOMISTS; AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS; SOCIETY FOR MATERNAL-FETAL MEDICINE; SOCIETY OF FAMILY PLANNING; STATE OF NORTH CAROLINA; FOOD AND DRUG LAW AND HEALTH LAW SCHOLARS; CITY OF BALTIMORE; BALTIMORE COUNTY, MARYLAND

       Amici Supporting Appellant

_____

O R D E R

_____

**State of North Carolina** has filed an amicus curiae brief.

The court accepts the brief for filing.

                                                           For the Court--By Direction

                                                           /s/ Nwamaka Anowi, Clerk