# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 16, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.  23-2194,  <u>GenBioPro, Inc. v. Kristina Raynes</u>
          3:23-cv-00058

TO:   American College of Obstetricians and Gynecologists
      Society of Family Planning
      Society for Maternal-Fetal Medicine

**BRIEF CORRECTION DUE:  February 21, 2024**

Please make the correction identified below and file a corrected document by the due date indicated.

_____

[✔] The cover of the amicus curiae brief filed indicates incorrect party identifications in the case caption. Please correct and refile.

Kirsten Hancock, Deputy Clerk
804-916-2704