# DISCLOSURE OF CORPORATE AFFILIATIONS
# AND OTHER INTERESTS

Pursuant to FRAP 26.1 and Local Rule 26.1, *Amicus Curiae* Doctors for America makes the following disclosure:

1. Doctors for America is not a publicly held corporation or other publicly held entity.

2. Doctors for America does not have a parent company.

3. There is no publicly held corporation or other publicly held entity that holds more than 10% of the stock of Doctors for America.

4. There is no other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

5. Doctors for America is not a trade association.

6. This case does not arise out of a bankruptcy proceeding.

7. This is not a criminal case in which there was an organizational victim.

*/s/ Brian T. Burgess*
Brian T. Burgess