# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 16, 2024

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 23-2194, GenBioPro, Inc. v. Kristina Raynes
                 3:23-cv-00058

TO:  City of Baltimore
       Historians
       Food and Drug Law and Health Law Scholars
       Baltimore County, Maryland
       Economists

**REQUESTED FORMS DUE:  February 20, 2024**

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

---

[✔] Disclosure Statement - Economists, Food and Drug Law and Health Law Scholars and Historians

---

[✔] Appearance of counsel [eFiler status required] - Jennifer Selendy, Joshua Rosenthal

---

Kirsten Hancock, Deputy Clerk
804-916-2704