# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 26, 2024

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 23-2194, GenBioPro, Inc. v. Kristina Raynes
             3:23-cv-00058

TO:  Economists

**REQUESTED FORM DUE:  February 29, 2024**

The form identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[✔] [Disclosure Statement](#)

Kirsten Hancock, Deputy Clerk
804-916-2704