UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2194
(3:23-cv-00058)

_____

GENBIOPRO, INC.

   Plaintiff - Appellant

v.

KRISTINA RAYNES, in her official capacity as Prosecuting Attorney of Putnam
County; PATRICK MORRISEY, in his official capacity as Attorney General of
West Virginia

   Defendants - Appellees

 and

MARK A. SORSAIA, in his official capacity as Prosecuting Attorney of Putnam
County

   Defendant
------------------------------

DOCTORS FOR AMERICA; ECONOMISTS; AMERICAN COLLEGE OF
OBSTETRICIANS AND GYNECOLOGISTS; SOCIETY FOR MATERNAL-
FETAL MEDICINE; SOCIETY OF FAMILY PLANNING; STATE OF NORTH
CAROLINA; FOOD AND DRUG LAW AND HEALTH LAW SCHOLARS;
CITY OF BALTIMORE; BALTIMORE COUNTY, MARYLAND;
HISTORIANS

   Amici Supporting Appellant

INSTITUTE FOR FAITH AND FAMILY; FAMILY RESEARCH COUNCIL; CONCERNED WOMEN FOR AMERICA; LIFE LEGAL DEFENSE FOUNDATION; AMERICAN CENTER FOR LAW AND JUSTICE;

Amici Supporting Appellees

————————————

O R D E R

————————————

Family Research Council, Concerned Women for America, Life Legal Defense Foundation and American Center for Law and Justice have filed amicus curiae briefs with the consent of the parties.

The court accepts the briefs for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk