# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 30, 2024

_____

CORRECTED
RESPONSE REQUESTED - SIMILAR CASES
_____

No. 23-2194,   GenBioPro, Inc. v. Kristina Raynes
              3:23-cv-00058

TO:   GenBioPro, Inc.
      Patrick Morrisey
      Kristina D. Raynes
      Doctors for America
      Economists
      American College of Obstetricians and Gynecologists
      Society for Maternal-Fetal Medicine
      Society of Family Planning
      State of North Carolina
      Food and Drug Law and Health Law Scholars
      City of Baltimore
      Baltimore County, Maryland
      Historians
      Institute for Faith and Family
      Family Research Council
      Concerned Women for America
      Life Legal Defense Foundation
      American Center for Law and Justice
      Advancing American Freedom, Inc.
      American Values
      Americans United for Life
      Anglicans for Life
      Bob Carlstrom
      Rebecca Webber
      Association for Mature American Citizens
      Center for Political Renewal
      Center for Urban Renewal and Education

Christian Law Association
Christian Medical & Dental Associations
Eagle Forum
Family Council in Arkansas
Charlie Gerow
Global Liberty Alliance
International Conference of Evangelical Chaplain Endorsers
Tim Jones
Missouri Center-Right Coalition
Louisiana Family Forum
Men and Women for a Representative Democracy in America, Inc.
Men for Life
National Center for Public Policy Research
National Religious Broadcasters
New Jersey Family Foundation
New Jersey Family Policy Center
Pennsylvania Eagle Forum
Project 21 Black Leadership Network
Pro-Life Wisconsin
Rio Grande Foundation
Setting Things Right
60 Plus Association
Students for Life of America
Christian Law Association
Family Foundation (Virginia)
Justice Foundation
Tradition, Family, Property, Inc.
Women for Democracy in America, Inc.
Wisconsin Family Action Institute and Young America's Foundation
Judicial Watch, Incorporated
Arkansas and 22 other States
Heartbeat International

**RESPONSE DUE: 08/02/2024**

Response is required to the notice requesting information regarding similar cases on or before 08/02/2024. **Please use the following form to submit response:** [Response - Similar Cases](), **using the event: RESPONSE/ANSWER (to Similar Case notice).**

Kirsten Hancock, Deputy Clerk
804-916-2704