# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 23-2194    Caption: GenBioPro, Inc. v. Kristina Raynes

Argument Session For Which You Are Scheduled: October 29 - November 1, 2024

Dates You Are Available To Argue in the Session (if any):

October 29, 2024

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:



Other Relevant Information:

Counsel is traveling on October 30-31 for a previously scheduled argument in New York on November 1st.

Party(ies) You Represent:

GenBioPro, Inc.

| 7/30/2024 | /s/ David C. Frederick |
|---|---|
| Date | Counsel Signature |

11/29/2021  SCC