UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 23-2194

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Bryant v. Stein, 4th Cir. Nos. 24-1567, 24-1600 & 24-1617, raises the issue whether and to what extent the FDAAA preempts North Carolina laws that restrict patient access to mifepristone.

Signature: /s/ Nicole A. Saharsky

Counsel for: Amici curiae American College of Obstetricians and Gynecologists; Society for Maternal-Fetal Medicine; Society of Family Planning

Date: 8/1/2024

**File using event:** RESPONSE/ANSWER (to Similar Case notice)