# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 23-2194  Caption: GenBioPro, Inc. v. Kristina Raynes

---

Argument Session For Which You Are Scheduled: October 29 - November 1, 2024

Dates You Are Available To Argue in the Session (if any):

N/A

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

N/A

Other Relevant Information:

Counsel Curtis Capehart intends to assist at argument but anticipates that responsibility for emergency election litigation may make him unavailable on tentative dates.

Party(ies) You Represent:

Defendant-Appellee Patrick Morrisey, Attorney General of West Virginia

---

| 08/05/2024 | /s/ Erin M. Hawley |
|---|---|
| Date | Counsel Signature |

[Print to PDF for Filing]  [Reset Form]