No. 23-2194

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

GENBIOPRO, INC.,

*Plaintiff-Appellant,*

v.

KRISTINA D. RAYNES, *in her official capacity as Prosecuting Attorney of Putnam County*, and PATRICK MORRISEY, *in his official capacity as Attorney General of West Virginia,*

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of West Virginia (Huntington)
Case No. 3:23-cv-00058, Hon. Robert C. Chambers

## DEFENDANT-APPELLEE MORRISEY'S
## MOTION TO RESCHEDULE ARGUMENT

Patrick Morrisey
  *Attorney General*
Douglas P. Buffington, II
  *Chief Deputy Attorney General*
Curtis R. A. Capehart
  *Deputy Attorney General*
OFFICE OF THE WEST VIRGINIA
ATTORNEY GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
doug.p.buffington@wvago.gov
curtis.r.a.capehart@wvago.gov

Erin M. Hawley
Lincoln Davis Wilson
ALLIANCE DEFENDING FREEDOM
440 First Street NW
Suite 600
Washington, DC 20001
(571) 707-4655
ehawley@adflegal.org
lwilson@adflegal.org

Allison H. Pope
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
apope@adflegal.org

*Attorneys for Defendant-Appellee Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia*

Defendant-Appellee Patrick Morrisey, Attorney General of the State of West Virginia, hereby moves the Court under Fourth Circuit Rule 34(b) to reschedule argument in this case to the sitting following its current tentative assignment. The case is tentatively calendared for argument the week of October 29, 2024 to November 1, 2024, Dkt.89, and counsel for Plaintiff is available only October 29, 2024, Dkt.93. Curtis Capehart, lead counsel for Attorney General Morrisey on this matter, intends to prepare arguing counsel in the days in advance of argument and to appear for argument and be seated at counsel table to provide assistance to arguing counsel.

However, Mr. Capehart, as the sole attorney within the Office of Attorney General with election law experience, has full responsibility for representing the Secretary of State of the State of West Virginia and his officials in connection with all election litigation. Most pressingly, that responsibility includes any litigation related to the upcoming November 5, 2024 general election. The nature and timing of such election litigation matters are difficult to forecast, and some can require hearing appearances within a day of arising. Given the proximity of the tentatively calendared argument period of October 29–November 1 to election day, Mr. Capehart anticipates that election litigation may prevent him from assisting, attending, and appearing for argument.

For these reasons, Attorney General Morrisey respectfully requests that the Court reschedule argument in this matter to the

December 10–13 sitting following the November 5 general election. Attorney General Morrisey has requested the position of counsel for Plaintiff-Appellant on this motion, who has stated that Plaintiff-Appellant does not consent to this motion.

WHEREFORE Attorney General Morrisey respectfully requests the Court reset argument in this case for the Court's December 10–13 sitting.

Dated: August 5, 2024

By: */s/ Erin M. Hawley*

PATRICK MORRISEY
  *Attorney General*

DOUGLAS P. BUFFINGTON, II
  *Chief Deputy Attorney General*
CURTIS R. A. CAPEHART
  *Deputy Attorney General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
doug.p.buffington@wvago.gov
curtis.r.a.capehart@wvago.gov

Erin M. Hawley
Lincoln Davis Wilson
ALLIANCE DEFENDING FREEDOM
440 First Street NW
Suite 600
Washington, DC 20001
(571) 707-4655
ehawley@adflegal.org
lwilson@adflegal.org

Allison H. Pope
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
apope@adflegal.org

*Attorneys for Defendant-Appellee Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 290 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f), as determined by the word counting feature of Microsoft Office 365.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point Century Schoolbook.

Dated: August 5, 2024

*/s/ Erin M. Hawley*
Erin M. Hawley

*Attorney for Defendant-Appellee Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system, which will accomplish service on counsel for all parties through the Court's electronic filing system.

*/s/ Erin M. Hawley*
Erin M. Hawley

*Attorney for Defendant-Appellee Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia*