No. 23-2194

# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

GENBIOPRO, INC.,

*Plaintiff-Appellant*,

v.

KRISTINA D. RAYNES, *in her official capacity as Prosecuting Attorney of Putnam County*, AND PATRICK MORRISEY, *in his official capacity as Attorney General of West Virginia*,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of West Virginia (Huntington),
No. 3:23-cv-00058, Hon. Robert C. Chambers

## GENBIOPRO, INC.'S OPPOSITION TO DEFENDANT-APPELLEE MORRISEY'S MOTION TO RESCHEDULE ARGUMENT

Skye L. Perryman
Carrie Y. Flaxman
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
sperryman@democracyforward.org

John P. Elwood
Daphne O'Connor
Robert J. Katerberg
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5000
john.elwood@arnoldporter.com

David C. Frederick
Ariela M. Migdal
Derek C. Reinbold
Eliana Margo Pfeffer
Mary Charlotte Y. Carroll
Abigail E. DeHart
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dfrederick@kellogghansen.com

August 7, 2024         *Counsel for GenBioPro, Inc.*

Plaintiff-Appellant GenBioPro, Inc. opposes Defendant-Appellee Patrick Morrisey's motion, Dkt. 116, to reschedule oral argument. This Court tentatively calendared oral argument for the October 29, 2024 to November 1, 2024 session. Dkt. 89. Undersigned counsel, who will argue for GenBioPro, is available on October 29, 2024. Dkt. 93.

Movant provides no compelling reason to delay argument in this case. He does not state that the attorney planning to argue the appeal has a conflict on any date in the October 29, 2024 to November 1, 2024 oral argument session. Instead, Movant seeks (at 1) to reschedule the argument because a different attorney, the Deputy Attorney General, anticipates that unrelated litigation, which has not been filed, *may* arise and prevent him from "assisting, attending, and appearing" at oral argument. His motion does not identify a specific date on which non-arguing counsel has a conflict.

Such a speculative conflict for a non-arguing attorney does not justify delaying oral argument. A conflict may never arise. Even if it does, it is possible or even likely that the Deputy Attorney General can be in Richmond on the date of the hearing, enabling him to "be seated at counsel table" (*id.*), while also supervising other litigation that may

1

arise. As a public entity, the Office of the Attorney General has the option of sending a different attorney to cover the non-arguing role in the hearing, as such offices routinely do.

GenBioPro submits that an unspecified potential conflict for non-arguing counsel is an insufficient reason to delay argument on this case. As it stands, GenBioPro is prevented from marketing its product, mifepristone, in West Virginia in almost all circumstances because of the State's challenged unlawful prohibitions. Consequently, West Virginians are deprived of safe access to this medication on the terms Congress and the U.S. Food and Drug Administration prescribed. GenBioPro filed this case in January 2023 to challenge West Virginia's restrictions on the sale of its product. Dkt. 32 (JA11) (Dist. Ct. Dkt.). This appeal has been pending since November 15, 2023. Dkt. 1.

Briefing in the appeal is closed, and all parties have had the briefs for nearly four months. Non-arguing counsel has, at a minimum, two more months during which to assist in preparing arguing counsel to present the case. Delaying resolution of this case when no arguing counsel — or non-arguing counsel — has identified an actual conflict with a hearing or trial in another case is unwarranted.

For these reasons, GenBioPro opposes Movant's request to reschedule argument in this case.

| | |
|---|---|
| August 7, 2024 | Respectfully submitted,<br>*/s/ David C. Frederick* |
| Skye L. Perryman<br>Carrie Y. Flaxman<br>DEMOCRACY FORWARD FOUNDATION<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 448-9090<br>sperryman@democracyforward.org<br>cflaxman@democracyforward.org | David C. Frederick<br>Ariela M. Migdal<br>Derek C. Reinbold<br>Eliana Margo Pfeffer<br>Mary Charlotte Y. Carroll<br>Abigail E. DeHart<br>KELLOGG, HANSEN, TODD,<br>  FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900<br>dfrederick@kellogghansen.com<br>amigdal@kellogghansen.com<br>dreinbold@kellogghansen.com<br>epfeffer@kellogghansen.com<br>mcarroll@kellogghansen.com<br>adehart@kellogghansen.com |
| John P. Elwood<br>Daphne O'Connor<br>Robert J. Katerberg<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 942-5000<br>john.elwood@arnoldporter.com<br>daphne.oconnor@arnoldporter.com<br>robert.katerberg@arnoldporter.com | |

*Counsel for GenBioPro, Inc.*

# CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 415 words, excluding the parts of the filing exempted by Federal Rule of Appellate Procedure 32(f), as determined by the word counting feature of Microsoft Word 2016.

This response complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point Century Schoolbook.

| | |
|---|---|
| Dated: August 7, 2024 | */s/ David C. Frederick* |
| | David C. Frederick |

# CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ David C. Frederick*
David C. Frederick