# NO. 23-2194

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

GENBIOPRO, INC.,
*Plaintiff-Appellant*,

v.

KRISTINA D. RAYNES, *in her official capacity as Prosecuting Attorney of Putnam County*, and PATRICK MORRISEY, *in his official capacity as Attorney General of West Virginia*,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the Southern District of West Virginia (Huntington)
Case No. 3:23-cv-00058, Hon. Robert C. Chambers

## DEFENDANT-APPELLEE RAYNES'

## RESPONSE TO MOTION TO RESCHEDULE ARGUMENT

Kristina D. Raynes
    Prosecuting Attorney of Putnam County
Jennifer Scragg Karr
    Chief Assistant Prosecuting Attorney
PUTNAM COUNTY PROSECUTOR'S OFFICE
Putnam County Judicial Building
12093 Winfield Road
Winfield, WV 25213
(O) 304-586-0205
(F) 304-586-0269
jkarr@putnamwv.org

Attorneys for Defendant-Appellee Kristina D. Raynes, in her official capacity as Prosecuting Attorney of Putnam County

COMES NOW the Defendant-Appellee Kristina D. Raynes in her official capacity as Prosecuting Attorney of Putnam County in this matter and does hereby respond to the Motion to Reschedule Argument of co-Defendant-Appellee Patrick Morrisey. Defendant-Appellee Raynes does not object to and further does hereby concur in the motion to reschedule argument in this case.

Curtis Capehart is the lead counsel for Attorney General Morrisey in this matter. Mr. Capehart has been heavily involved in the litigation of this case and in attendance for every hearing since the case was filed in the Southern District of West Virginia.

WHEREFORE, Defendant-Appellee Kristina D. Raynes respectfully requests the Court grant the continuance motion and reset argument in this case for the Court's December 10-13 sitting.

Dated: August 7, 2024

/s/Jennifer Scragg Karr
Jennifer Scragg Karr (WV Bar #8051)
Chief Assistant Prosecuting Attorney
Putnam County Judicial Building
12093 Winfield Road
Winfield, WV 25213
(O) 304-586-0205
(F) 304-586-0269
jkarr@putnamwv.org

# **CERTIFICATE OF COMPLIANCE**

This response complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 122 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f), as determined by the word counting feature of Microsoft Office 365.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point Century Schoolbook.

Dated: August 7, 2024

/s/Jennifer Scragg Karr
Jennifer Scragg Karr (WV Bar #8051)
Chief Assistant Prosecuting Attorney
Putnam County Judicial Building
12093 Winfield Road
Winfield, WV 25213
(O) 304-586-0205
(F) 304-586-0269
jkarr@putnamwv.org

*Attorney for Defendant-Appellee Kristina D. Raynes, in her official capacity as Prosecuting Attorney of Putnam County*

# CERTIFICATE OF SERVICE

I, Jennifer Scragg Karr, hereby certify that I have on this 7th day of August 2024, caused a true copy of the foregoing Response to be served on counsel for all parties in this case by electronically filing this Response with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit via the CM/ECF system.

/s/Jennifer Scragg Karr\
Jennifer Scragg Karr (WV Bar #8051)\
Chief Assistant Prosecuting Attorney\
Putnam County Judicial Building\
12093 Winfield Road\
Winfield, WV 25213\
(O) 304-586-0205\
(F) 304-586-0269\
jkarr@putnamwv.org

*Attorney for Defendant-Appellee Kristina D. Raynes, in her official capacity as Prosecuting Attorney of Putnam County*