No. 23-2194

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

GENBIOPRO, INC.,

*Plaintiff-Appellant,*

v.

KRISTINA D. RAYNES, *in her official capacity as Prosecuting Attorney of Putnam County*, and PATRICK MORRISEY, *in his official capacity as Attorney General of West Virginia*,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of West Virginia (Huntington)
Case No. 3:23-cv-00058, Hon. Robert C. Chambers

**REPLY IN SUPPORT OF MOTION
TO RESCHEDULE ARGUMENT**

Patrick Morrisey
  *Attorney General*
Douglas P. Buffington, II
  *Chief Deputy Attorney General*
Curtis R. A. Capehart
  *Deputy Attorney General*
OFFICE OF THE WEST VIRGINIA
ATTORNEY GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
doug.p.buffington@wvago.gov
curtis.r.a.capehart@wvago.gov

Erin M. Hawley
Lincoln Davis Wilson
ALLIANCE DEFENDING FREEDOM
440 First Street NW
Suite 600
Washington, DC 20001
(571) 707-4655
ehawley@adflegal.org
lwilson@adflegal.org

Allison H. Pope
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
apope@adflegal.org

*Attorneys for Defendant-Appellee Patrick Morrisey, in his official
capacity as Attorney General for the State of West Virginia*

Defendant-Appellee Patrick Morrisey, Attorney General of the State of West Virginia, hereby replies to GenBioPro's opposition to reschedule argument in this case.

GenBioPro suggests that any conflict is speculatory because West Virginia could simply "send[] a different attorney." Opp'n to Mot. to Reschedule 2, ECF No. 124. But that oversimplifies the situation and misses the point. Mr. Capehart has been the Office of Attorney General's attorney assigned to represent the Secretary of State, who is the State's chief election officer, since 2018. Mr. Capehart will handle any litigation by or against the Secretary of State and his officials in connection with the November 5, 2024, general election, just as he has for the past six years. He is also the attorney that has been handling this case for the Office of the Attorney General since its inception, as he has with other abortion-related litigation for the Attorney General since the *Dobbs* decision. The timing of the tentative argument period—being at the end of the campaign season on the eve of the general election—creates an unfortunate coincidence. GenBioPro's suggested solution would deprive either West Virginia's Secretary of State or its Attorney General of their go-to counsel in such matters at a critical time in the election and in this matter. In contrast, the nature of the motion's requested relief—a delay in argument of just over a month—would simply obviate that avoidable deprivation.

GenBioPro next suggests that rescheduling argument by a few weeks would cause unreasonable delay. Opp'n 2. Leaving aside that the requested relief is not an unreasonable delay, GenBioPro's stated concern for moving forward with all possible speed contrasts with the record to date. GenBioPro has pursued no kind of expedited treatment from this court or the lower court. To the contrary, GenBioPro sought an extended briefing schedule earlier in this appeal, to which the Attorney General agreed out of comity and understanding. Joint Mot. to Extend Filing Time, ECF No. 25.

Finally, GenBioPro is wrong that it is currently "prevented from marketing" mifepristone in West Virginia vis-à-vis the statutes at issue in this matter. Opp'n 2. The challenged statutes do not prohibit the marketing or sale of mifepristone or any other product. Indeed, mifepristone may be lawfully used in West Virginia, such as when an exception to the Unborn Child Protection Act applies or to treat miscarriage. The requested rescheduling would not inure to the prejudice or injury of GenBioPro.

Attorney General Morrisey respectfully requests that the Court reschedule argument in this matter to the December 10–13 sitting following the November 5 general election.

| | |
|---|---|
| Dated: August 14, 2024 | By: */s/ Erin M. Hawley* |
| PATRICK MORRISEY<br>  *Attorney General* | Erin M. Hawley<br>Lincoln Davis Wilson |
| DOUGLAS P. BUFFINGTON, II<br>  *Chief Deputy Attorney General*<br>CURTIS R. A. CAPEHART<br>  *Deputy Attorney General*<br>OFFICE OF THE WEST VIRGINIA<br>ATTORNEY GENERAL<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25305<br>(304) 558-2021<br>doug.p.buffington@wvago.gov<br>curtis.r.a.capehart@wvago.gov | ALLIANCE DEFENDING FREEDOM<br>440 First Street NW<br>Suite 600<br>Washington, DC 20001<br>(571) 707-4655<br>ehawley@adflegal.org<br>lwilson@adflegal.org<br><br>Allison H. Pope<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Pkwy<br>Lansdowne, VA 20176<br>(571) 707-4655<br>apope@adflegal.org |

*Attorneys for Defendant-Appellee Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 430 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f), as determined by the word counting feature of Microsoft Office 365.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point Century Schoolbook.

Dated: August 14, 2024

*/s/ Erin M. Hawley*
Erin M. Hawley

*Attorney for Defendant-Appellee Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia*

# CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, I electronically filed the foregoing reply with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system, which will accomplish service on counsel for all parties through the Court's electronic filing system.

*/s/ Erin M. Hawley*
Erin M. Hawley

*Attorney for Defendant-Appellee*
*Patrick Morrisey, in his official*
*capacity as Attorney General for the*
*State of West Virginia*
