# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 19, 2024

_____

## SECOND
## RESPONSE FOLLOW-UP NOTICE

_____

No. 23-2194, GenBioPro, Inc. v. Kristina Raynes
        3:23-cv-00058

TO:  American Center for Law and Justice
      Doctors for America
      Institute for Faith and Family

**RESPONSE/ANSWER DUE:** August 22, 2024

The court previously directed that you respond to the attached form indicating counsel's knowledge of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. We have not received your response. You must remedy this default within 3 days. **Failure to comply with the Court's rules and instructions may result in initiation of disciplinary action under Local Rule 46(g).** Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Kirsten Hancock, Deputy Clerk
804-916-2704