UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 23-2194
(3:23-cv-00058)

———————————————

GENBIOPRO, INC.

             Plaintiff - Appellant

v.

KRISTINA RAYNES, in her official capacity as Prosecuting Attorney of Putnam
County; PATRICK MORRISEY, in his official capacity as Attorney General of
West Virginia

             Defendants - Appellees

 and

MARK A. SORSAIA, in his official capacity as Prosecuting Attorney of Putnam
County

             Defendant
------------------------------

DOCTORS FOR AMERICA; ECONOMISTS; AMERICAN COLLEGE OF
OBSTETRICIANS AND GYNECOLOGISTS; SOCIETY FOR MATERNAL-
FETAL MEDICINE; SOCIETY OF FAMILY PLANNING; STATE OF NORTH
CAROLINA; FOOD AND DRUG LAW AND HEALTH LAW SCHOLARS;
CITY OF BALTIMORE; BALTIMORE COUNTY, MARYLAND;

HISTORIANS

Amici Supporting Appellant

INSTITUTE FOR FAITH AND FAMILY; FAMILY RESEARCH COUNCIL; CONCERNED WOMEN FOR AMERICA; LIFE LEGAL DEFENSE FOUNDATION; AMERICAN CENTER FOR LAW AND JUSTICE; ADVANCING AMERICAN FREEDOM, INC., AMERICAN VALUES; AMERICANS UNITED FOR LIFE; ANGLICANS FOR LIFE; BOB CARLSTROM, PRESIDENT, REBECCA WEBBER, CEO, ASSOCIATION FOR MATURE AMERICAN CITIZENS; CENTER FOR POLITICAL RENEWAL; CENTER FOR URBAN RENEWAL AND EDUCATION (CURE); CHRISTIAN LAW ASSOCIATION; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; EAGLE FORUM; FAMILY COUNCIL IN ARKANSAS; CHARLIE GEROW; GLOBAL LIBERTY ALLIANCE; INTERNATIONAL CONFERANCE OF EVANGELICAL CHAPLAIN ENDORSERS; TIM JONES, FMR. SPEAKER, MISSOURI HOUSE, CHAIRMAN, MISSOURI CENTER-RIGHT COALITION; LOUISIANA FAMILY FORUM; MEN AND WOMEN FOR REPRESENTATIVE DEMOCRACY IN AMERICA, INC.; MEN FOR LIFE; NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATIONAL RELIGIOUS BROADCASTERS; NEW JERSEY FAMILY FOUNDATION; NEW JERSEY FAMILY POLICY CENTER; PENNSYLVANIA EAGLE FORUM; PROJECT 21 BLACK LEADERSHIP NETWORK; PRO-LIFE WISCONSIN; RIO GRANDE FOUNDATION; SETTING THINGS RIGHT; 60 PLUS ASSOCIATION; STUDENTS FOR LIFE OF AMERICA; THE CHRISTIAN LAW ASSOCIATION; THE FAMILY FOUNDATION (VIRGINIA); THE JUSTICE FOUNDATION; TRADITION, FAMILY, PROPERTY, INC.; WOMEN FOR DEMOCRACY IN AMERICA, INC.; WISCONSIN FAMILY ACTION INSTITUTE; YOUNG AMERICA'S FOUNDATION; JUDICIAL WATCH, INC.; ARKANSAS AND 22 OTHER STATES; HEARTBEAT INTERNATIONAL

Amici Supporting Appellees

————————————

O R D E R

————————————

Upon consideration of the submissions relative to appellees' motion to

reschedule oral argument, the court denies the motion.

For the Court

<u>/s/ Nwamaka Anowi, Clerk</u>