No. 23-2194

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

GENBIOPRO, INC.,

*Plaintiff-Appellant*,

v.

KRISTINA D. RAYNES, *in her official capacity as Prosecuting Attorney of Putnam County*, and PATRICK MORRISEY, *in his official capacity as Attorney General of West Virginia*,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Southern District of West Virginia (Huntington)
Case No. 3:23-cv-00058, Hon. Robert C. Chambers

## MOTION TO WITHDRAW APPEARANCE
## OF CURTIS R. A. CAPEHART

Patrick Morrisey
  *Attorney General*
Douglas P. Buffington, II
  *Chief Deputy Attorney General*
Curtis R. A. Capehart
  *Deputy Attorney General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
doug.p.buffington@wvago.gov
curtis.r.a.capehart@wvago.gov

Erin M. Hawley
Lincoln Davis Wilson
ALLIANCE DEFENDING FREEDOM
440 First Street NW
Suite 600
Washington, DC 20001
(571) 707-4655
ehawley@adflegal.org
lwilson@adflegal.org

Allison H. Pope
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
apope@adflegal.org

*Attorneys for Defendant-Appellee Patrick Morrisey, in his official capacity
as Attorney General for the State of West Virginia*

Pursuant to this Court's Rule 46(c), Erin M. Hawley respectfully requests that the Court withdraw Curtis R. A. Capehart as counsel for Defendant-Appellee Attorney General for the State of West Virginia Patrick Morrisey in this appeal. In support of this motion, Erin Hawley shows the following:

1. Mr. Capehart, in his role as Deputy Attorney General at the Office of the West Virginia Attorney General has appeared as counsel in this appeal.

2. Mr. Capehart ended his service at the West Virginia Office of the Attorney General on January 10, 2025.

3. The conclusion of this service establishes good cause for the withdrawal of Mr. Capehart's appearance in this appeal.

4. Mr. Capehart provided notice to Defendant-Appellee Attorney General of West Virginia Patrick Morrisey of his intention to withdraw as counsel.

5. Defendant-Appellee Attorney General of West Virginia Patrick Morrisey will continue to be represented by Erin M. Hawley, Lincoln Davis Wilson, and Allison H. Pope of Alliance Defending Freedom.

Dated: January 10, 2025

PATRICK MORRISEY
  *Attorney General*
DOUGLAS P. BUFFINGTON, II
  *Chief Deputy Attorney General*
CURTIS R. A. CAPEHART
  *Deputy Attorney General*
OFFICE OF THE WEST VIRGINIA
ATTORNEY GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
doug.p.buffington@wvago.gov
curtis.r.a.capehart@wvago.gov

By: */s/ Erin M. Hawley*

Erin M. Hawley
Lincoln Davis Wilson
ALLIANCE DEFENDING FREEDOM
440 First Street NW
Suite 600
Washington, DC 20001
(571) 707-4655
ehawley@adflegal.org
lwilson@adflegal.org

Allison H. Pope
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
apope@adflegal.org

*Attorneys for Defendant-Appellee Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 160 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f), as determined by the word counting feature of Microsoft Office 365.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point Century Schoolbook.

Dated: January 10, 2025

/s/ *Erin M. Hawley*
Erin M. Hawley

*Attorney for Defendant-Appellee Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia*

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system, which will accomplish service on counsel for all parties through the Court's electronic filing system.

/s/ *Erin M. Hawley*
Erin M. Hawley

*Attorney for Defendant-Appellee Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia*