FILED: July 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2194
(3:23-cv-00058)

_____

GENBIOPRO, INC.

       Plaintiff - Appellant

v.

KRISTINA RAYNES, in her official capacity as Prosecuting Attorney of Putnam County; PATRICK MORRISEY, in his official capacity as Attorney General of West Virginia

       Defendants - Appellees

 and

MARK A. SORSAIA, in his official capacity as Prosecuting Attorney of Putnam County

       Defendant

------------------------------

DOCTORS FOR AMERICA; ECONOMISTS; AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS; SOCIETY FOR MATERNAL-FETAL MEDICINE; SOCIETY OF FAMILY PLANNING; STATE OF NORTH CAROLINA; FOOD AND DRUG LAW AND HEALTH LAW SCHOLARS; CITY OF BALTIMORE; BALTIMORE COUNTY, MARYLAND; HISTORIANS

Amici Supporting Appellant

INSTITUTE FOR FAITH AND FAMILY; FAMILY RESEARCH COUNCIL; CONCERNED WOMEN FOR AMERICA; LIFE LEGAL DEFENSE FOUNDATION; AMERICAN CENTER FOR LAW AND JUSTICE; ADVANCING AMERICAN FREEDOM, INC., AMERICAN VALUES; AMERICANS UNITED FOR LIFE; ANGLICANS FOR LIFE; BOB CARLSTROM, PRESIDENT, REBECCA WEBBER, CEO, ASSOCIATION FOR MATURE AMERICAN CITIZENS; CENTER FOR POLITICAL RENEWAL; CENTER FOR URBAN RENEWAL AND EDUCATION (CURE); CHRISTIAN LAW ASSOCIATION; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; EAGLE FORUM; FAMILY COUNCIL IN ARKANSAS; CHARLIE GEROW; GLOBAL LIBERTY ALLIANCE; INTERNATIONAL CONFERANCE OF EVANGELICAL CHAPLAIN ENDORSERS; TIM JONES, FMR. SPEAKER, MISSOURI HOUSE, CHAIRMAN, MISSOURI CENTER-RIGHT COALITION; LOUISIANA FAMILY FORUM; MEN AND WOMEN FOR REPRESENTATIVE DEMOCRACY IN AMERICA, INC.; MEN FOR LIFE; NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATIONAL RELIGIOUS BROADCASTERS; NEW JERSEY FAMILY FOUNDATION; NEW JERSEY FAMILY POLICY CENTER; PENNSYLVANIA EAGLE FORUM; PROJECT 21 BLACK LEADERSHIP NETWORK; PRO-LIFE WISCONSIN; RIO GRANDE FOUNDATION; SETTING THINGS RIGHT; 60 PLUS ASSOCIATION; STUDENTS FOR LIFE OF AMERICA; THE CHRISTIAN LAW ASSOCIATION; THE FAMILY FOUNDATION (VIRGINIA); THE JUSTICE FOUNDATION; TRADITION, FAMILY, PROPERTY, INC.; WOMEN FOR DEMOCRACY IN AMERICA, INC.; WISCONSIN FAMILY ACTION INSTITUTE; YOUNG AMERICA'S FOUNDATION; JUDICIAL WATCH, INC.; ARKANSAS AND 22 OTHER STATES; HEARTBEAT INTERNATIONAL

Amici Supporting Appellees

_____

O R D E R

_____

Upon consideration of appellant's motion to extend the time to petition for rehearing and rehearing en banc, the court grants the motion and extends the time

for filing a petition for rehearing and rehearing en banc from July 29, 2025, to August 28, 2025.

Entered at the direction of Judge Wilkinson with the concurrence of Judge Benjamin and District Judge Alston.

                                                                  For the Court

                                                                  /s/ Nwamaka Anowi, Clerk