# No. 23-2194

## United States Court of Appeals for the Fourth Circuit

GenBioPro, Inc.,

*Plaintiff-Appellant,*

v.

Kristina D. Raynes, *in her official capacity as Prosecuting Attorney of Putnam County*, and Patrick Morrisey, *in his official capacity as Attorney General of West Virginia*,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of West Virginia (Huntington)
Case No. 3:23-cv-00058, Hon. Robert C. Chambers

## MOTION TO WITHDRAW APPEARANCE OF JULIA C. KOON

Pursuant to this Court's Rule 46(c), Julia C. Koon respectfully moves that this Court allow her to withdraw as counsel for Attorney General Patrick Morrisey in this appeal. In support of this motion, Mrs. Koon states the following:

1. Mrs. Koon, in her role as Legal Counsel at the Alliance Defending Freedom, has appeared as counsel in this appeal.

2. Mrs. Koon has ended her service at the Alliance Defending Freedom.

3. The conclusion of this service creates good cause for Mrs. Koon to withdraw her appearance in this appeal.

1

2

4. If the Court allows Mrs. Koon to withdraw, Erik C. Baptist, Erin M. Hawley, Allison H. Pope, and Lincoln Davis Wilson of the Alliance Defending Freedom will continue to represent Attorney General Morrisey in this appeal.

WHEREFORE, Mrs. Koon respectfully requests that this Court enter an order granting her leave to withdraw her appearance in this appeal.

Respectfully submitted this 6th day of November, 2025.

/s/ *Julia C. Koon*
Julia C. Koon
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jkoon@ADFlegal.org

*Attorney for Defendant-Appellee Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia*

2

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 156 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f), as determined by the word counting feature of Microsoft Office 365.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point Century Schoolbook.

Dated: November 6, 2025

*/s/ Julia C. Koon*
Julia C. Koon

*Attorney for Defendant-Appellee Patrick Morrisey, in his official capacity as Attorney General for the State of West Virginia*

## CERTIFICATE OF SERVICE

 I hereby certify that on November 6, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system, which will accomplish service on counsel for all parties through the Court's electronic filing system.

           */s/ Julia C. Koon*
           Julia C. Koon

           *Attorney for Defendant-Appellee*
           *Patrick Morrisey, in his official*
           *capacity as Attorney General for the*
           *State of West Virginia*