FILED:  November 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-2194
(3:23-cv-00058)

———————————

GENBIOPRO, INC.

       Plaintiff - Appellant

v.

KRISTINA RAYNES, in her official capacity as Prosecuting Attorney of Putnam
County; PATRICK MORRISEY, in his official capacity as Attorney General of
West Virginia

       Defendants - Appellees

 and

MARK A. SORSAIA, in his official capacity as Prosecuting Attorney of Putnam
County

       Defendant
------------------------------

DOCTORS FOR AMERICA; ECONOMISTS; AMERICAN COLLEGE OF
OBSTETRICIANS AND GYNECOLOGISTS; SOCIETY FOR MATERNAL-
FETAL MEDICINE; SOCIETY OF FAMILY PLANNING; STATE OF NORTH
CAROLINA; FOOD AND DRUG LAW AND HEALTH LAW SCHOLARS;
CITY OF BALTIMORE; BALTIMORE COUNTY, MARYLAND;
HISTORIANS

       Amici Supporting Appellant

INSTITUTE FOR FAITH AND FAMILY; FAMILY RESEARCH COUNCIL;

CONCERNED WOMEN FOR AMERICA; LIFE LEGAL DEFENSE
FOUNDATION; AMERICAN CENTER FOR LAW AND JUSTICE;
ADVANCING AMERICAN FREEDOM, INC., AMERICAN VALUES;
AMERICANS UNITED FOR LIFE; ANGLICANS FOR LIFE; BOB
CARLSTROM, PRESIDENT, REBECCA WEBBER, CEO, ASSOCIATION
FOR MATURE AMERICAN CITIZENS; CENTER FOR POLITICAL
RENEWAL; CENTER FOR URBAN RENEWAL AND EDUCATION (CURE);
CHRISTIAN LAW ASSOCIATION; CHRISTIAN MEDICAL & DENTAL
ASSOCIATIONS; EAGLE FORUM; FAMILY COUNCIL IN ARKANSAS;
CHARLIE GEROW; GLOBAL LIBERTY ALLIANCE; INTERNATIONAL
CONFERANCE OF EVANGELICAL CHAPLAIN ENDORSERS; TIM JONES,
FMR. SPEAKER, MISSOURI HOUSE, CHAIRMAN, MISSOURI CENTER-
RIGHT COALITION; LOUISIANA FAMILY FORUM; MEN AND WOMEN
FOR REPRESENTATIVE DEMOCRACY IN AMERICA, INC.; MEN FOR
LIFE; NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATIONAL
RELIGIOUS BROADCASTERS; NEW JERSEY FAMILY FOUNDATION;
NEW JERSEY FAMILY POLICY CENTER; PENNSYLVANIA EAGLE
FORUM; PROJECT 21 BLACK LEADERSHIP NETWORK; PRO-LIFE
WISCONSIN; RIO GRANDE FOUNDATION; SETTING THINGS RIGHT; 60
PLUS ASSOCIATION; STUDENTS FOR LIFE OF AMERICA; THE
CHRISTIAN LAW ASSOCIATION; THE FAMILY FOUNDATION
(VIRGINIA); THE JUSTICE FOUNDATION; TRADITION, FAMILY,
PROPERTY, INC.; WOMEN FOR DEMOCRACY IN AMERICA, INC.;
WISCONSIN FAMILY ACTION INSTITUTE; YOUNG AMERICA'S
FOUNDATION; JUDICIAL WATCH, INC.; ARKANSAS AND 22 OTHER
STATES; HEARTBEAT INTERNATIONAL

          Amici Supporting Appellees

—————————————

O R D E R

—————————————

      The court grants the motion to withdraw from further representation on

appeal.

                    For the Court--By Direction

                    /s/ Nwamaka Anowi, Clerk